UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BERNADETTE BARRETO,

                            Plaintiff,

      -against-                                                 20 **CIVIL** 6162 (ALC)

## JUDGMENT

ANDREW SAUL, Commissioner of Social
Security,

                            Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 31, 2022, Plaintiff's motion is DENIED, and Defendant's motion is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

           March 31, 2022

                                                            **RUBY J. KRAJICK**
                                                                  **Clerk of Court**
                                        **BY:**
                                                                  **Deputy Clerk**